UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ROBBIN ZEIGLER,

                Plaintiff,

    -against-

NEW YORK CITY HOUSING AUTHORITY,
et al.,

                Defendants.
----------------------------------------------------------x

NOT FOR PRINT OR
ELECTRONIC PUBLICATION

07-CV-5420 (ARR) (LB)

MEMORANDUM
AND ORDER

ROSS, United States District Judge:

On April 14, 2009 at 11:41 p.m., *pro se* plaintiff Robbin Zeigler, filed this Order to Show Cause for Preliminary Injunction and Temporary Restraining Order by placing it in the court's after hours drop box. Plaintiff seeks to stay an eviction scheduled for today, April 15, 2009. The Notice of Eviction was issued from the Civil Court of the City of New York nearly one month ago and advises plaintiff in writing that "The ONLY way you can stop this eviction is if a Court issues an order to show cause that stays your eviction. You may apply for such an order at the Civil Court, Landlord-Tenant Part, in your Borough." *See* Plaintiff's Unmarked Exhibit, Notice of Eviction dated March 17, 2009 (emphasis in original). Because plaintiff has neither demonstrated likelihood of success on the merits, nor made a showing of immediate or irreparable harm, the order to show cause is denied. Plaintiff is advised to pursue her available state court remedies. The court offers no opinion on the merits of any such applications.

SO ORDERED.

                                      /S/
                              _____
                              Allyne R. Ross
                              United States District Judge

Dated: April 15, 2009
       Brooklyn, New York

Copies to:

Robbin Zeigler
c/o Dorene Rembert
4173B Hill Avenue
Bronx, NY 10466

Robbin Zeigler
675 Willoughby Avenue
Apt. #3B
Brooklyn, NY 11206
*Plaintiff Pro Se*

Samuel Veytsman
New York City Housing Authority
250 Broadway
New York, NY 10007
*Attorney for Defendants*